IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM OWEN SPIVEY, K81482       )
                                  )
         Plaintiff,               )
                                  )
vs.                               )    CIVIL NO. 13-cv-0196-GPM
                                  )
HOWARD SCOTT HORNER,              )
                                  )
         Defendant.               )

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On April 2, 2013, Plaintiff was ordered to pay the full filing fee of $350.00 for this action no later than April 23, 2013 (Doc. 15). Plaintiff was clearly warned in that Order that failure to pay the full filing fee of $350.00 would result in dismissal of this case. The date to pay the full filing fee has passed, and Plaintiff has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). This dismissal shall not count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). All pending motions are **DENIED as** moot. The Clerk's Office is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: May 1, 2013

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge